PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Tyrone Payne                                                      Docket No. 09-234

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Tyrone Payne**, who was placed under pretrial release supervision by the **Joseph A. Greenaway, Jr** sitting in the Court at 50 Walnut Street Newark, New Jersey, on June 25, 2009, under the following conditions:

$200,000 bond cosigned by the defendant's mother, Christine Payne, along with the following release conditions:

1.) The defendant's mother, Christine Payne, to serve as a third party custodian;
2.) Home Incarceration- The defendant will be placed on electronic monitoring and will remain at his residences at all times except for the following reasons: attorney visits; courts appearances and medical treatment. The defendant shall pay all or part of the cost of electronic monitoring, based upon his ability to pay as determined by the Court and the Pretrial Services Agency. The defendant is only allowed two visits to meet with his attorney, if more than two attorney's visits are needed the defendant must seek the approval of the Court. The defendant is required to give three days notification prior to his attorney's appointments.
3.) Maintain present residence with the third party custodian;
4.) Travel restricted to New Jersey;
5.) Drug testing and treatment as directed by Pretrial Services;
6.) Surrender travel documents and do not apply for new ones;
7.) Refrain from possessing any firearms or destructive devices;
8.) The defendant not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case;

It should be noted that bail was set at the time the defendant pled guilty June 25, 2009, however he did not post bail until July 6, 2009. Sentencing in this matter is set for October 19, 2009.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **A date be set for a bail violation hearing**

ORDER OF COURT

Considered and ordered this 25th day of August, 2009 and ordered filed and made a part of the records in the above case.

Honorable Joseph A. Greenaway, Jr
U.S. District Judge

Hearing set for 8/26/09 at 11:00 am.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8/25/09

William Sobchik
U.S. Pretrial Services Officer