PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Tyrone Payne					Cr.: 09-00234-001
								PACTS #: 54598

Name of Sentencing Judicial Officer:	THE HONORABLE ESTHER SALAS
					UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/29/2009

Original Offense: 18 U.S.C. § 922 (g)(1); Felon in Possession of a Firearm

Original Sentence: 71 months imprisonment, 24 months supervised release

Special Conditions: Drug Testing/Treatment, Financial Disclosure, and Mental Health Treatment

Type of Supervision: Supervised Release			Date Supervision Commenced: 08/02/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On August 16, 2017, Payne was arrested by Long Branch Police Department and charged with Theft by Unlawful Taking. Payne was arrested without incident and was released on his own recognizance on the same day. According to the complaint, it is alleged Payne removed a cellular phone valued at $800 from the countertop of a retail sports store located in Long Branch, New Jersey. The charges remain pending Long Branch Municipal Court in Long Branch, New Jersey. The next scheduled court date is September 19, 2017 |

U.S. Probation Officer Action:

The writer recommends withholding Court action while the investigation remains ongoing and until additional information is obtained, and possibly until disposition of the pending charges. If we find that his non-compliance is ongoing, we will immediately notify Your Honor, and recommend an alternate course of action.

Respectfully submitted,
Elisa Martinez

*Elisa Martinez* 2017.09.08
By: Elisa Martinez   12:48:55 -04'00'
Senior U.S. Probation Officer
Date: 09/08/2017

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.
September 12, 2017
Date